## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| **United States of America,** | ) | **CASE NO:** 2:25-mj-355 |
| **v.** | ) | |
| | ) | |
| **Chad Michael Kinkus** | ) | |
| **450 Township Road 109,** | ) | **MAGISTRATE JUDGE:** Vascura |
| **Rayland, OH 43725** | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew D. McCabe, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state:

## INTRODUCTION

1.    I, Special Agent Andrew McCabe (your affiant), make this affidavit in support of a criminal complaint to arrest CHAD MICHAEL **KINKUS** for violations of Title 18 United States Code §§ 2251, 2252, 2252A, 2422(b) – the sexual exploitation of a minor, making a notice for child pornography, and the distribution or possession of child pornography and the coercion and enticement of a minor or attempted violations of any of these statutes. The statements contained in this affidavit are based in part on information and analysis provided by law enforcement agents; written reports about this and other investigations that I have received, and your affiant's personal knowledge and finding during the investigation. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that **KINKUS** committed the violations listed above.

2.    Your affiant has been an FBI Special Agent since September 2010, and I have been assigned to the Cincinnati Division since January 2020. During my tenure as an FBI Special Agent, I have investigated numerous crimes including, but not limited to, bank robbery, drug trafficking, racketeering, kidnapping, violent extremism, and crimes against children. As a Special Agent I have participated in various investigations involving computer-related offenses and have executed search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. As a SA, I am authorized to investigate violations of the laws of the United States under the authority of the United States.

## FACTS SUPPORTING PROBABLE CAUSE

3.  Leading up to May 30, 2025, a Federal Bureau of Investigation Washington Field Office (WFO) Task Force Officer (TFO) was working in an undercover capacity (OCE) attempting to identify subjects involved in the online sexual exploitation of children via the Kik application. Kik is an instant messaging mobile application. Based on the OCE's experience members of a Kik group that the OCE joined would meet, discuss, and trade original images and videos of underage children. Prior to entering the group, the OCE was appointed as an administrator of the group by the former owner. The group administrator has the authority to add and remove users from the group.

4.  On or about May 29, 2025, a user from the group with Kik username "theconvict151" initiated a private chat with the OCE and asked the OCE, "How do I verify." The OCE responded and began a private chat with "theconvict151" who was later identified to be Chad **KINKUS**.

5.  During the course of the chat, **KINKUS** while using "theconvict151" account, informed the OCE he was a 33-year-old dad of a 5-year-old girl and resided in Ohio. **KINKUS** sent the OCE a clothed image of his purported daughter[1]. The image depicted a prepubescent white female wearing a pink top, herein after Minor Victim One (MV1). **KINKUS** sent additional pictures to the OCE to prove that the child described above was in fact his daughter. **KINKUS** sent IMAGE ONE, a live image of himself wearing a blue shirt and a baseball cap. His face was visible in the picture. **KINKUS** then sent IMAGE TWO, an image of himself lying in a bed. A gray nightstand was visible in the picture. He then sent IMAGE THREE, another photo which depicted a MV1 with blond hair sitting in the same bed with the same nightstand, sent to the OCE to confirm that the child was actually his daughter. The image of MV1 appeared to be taken by some sort of security camera placed in a bedroom.

6.  Shortly after sending these photos **KINKUS** made the following statement about his purported daughter, "Mines a little tease she'll always rub the outside of my pants til she feels it get hard then she quits." **KINKUS** further stated, "I tried to rub her left while she was playing with herself one time and she was like what are you doing then I got scared lol."

7.  The OCE responded, "Nice! U get any good ones from that cam lol" in reference to what appeared to be a security camera installed in the bedroom as noted above in IMAGE THREE. **KINKUS** , while still utilizing the "theconvict151" Kik account, responded, "Not any of her naked but she was in here playing with herself all day this day I was to nervous to do anything though."

8.  **KINKUS** then distributed to the OCE a short video, VIDEO ONE, which showed MV1 wearing a pink top and green shorts, lying in the same bed/room as described above. MV1 had her right hand down and in the inside of her shorts and was depicted moving her arm back and forth within her shorts as if she was masturbating.

---

[1] The investigation revealed that the minor female depicted in the images and video was not the daughter of **KINKUS** but was a minor female whom **KINKUS** had access too.

9. On or about May 30, 2025, **KINKUS** sent the OCE a message which read, "Got any [pictures] of your daughter with your cun [cum] on her. I wanna see her cute face." When the OCE indicated he did not, **KINKUS** asked, "Or do you have any of her little pussy."

10. On or about May 30, 2025, in response to an Emergency Disclosure Request (EDR) submitted by WFO, Kik provided subscriber information for the Kik user "theconvict151" including the WIFI IP address 24.3.190.220 which came back to **KINKUS** as the listed subscriber.

11. On or about May 30, 2025, your affiant conducted a noncustodial interview of **KINKUS**. During the interview **KINKUS** identified the man depicted in IMAGE ONE and IMAGE TWO as himself. **KINKUS** further identified the juvenile in IMAGE THREE as the daughter of his friend, herein after identified as Witness One. A short time later, **KINKUS** refused to answer further questions and the interview was terminated.

12. During the interview, **KINKUS** was seen in possession of two cellular telephones, including a silver Samsung Galaxy S10 which he identified as his phone. That phone was seized by law enforcement in Jefferson County, Ohio.

13. On or about May 31, 2025, your affiant interviewed Witness One, who identified MV1 as her five-year-old daughter with a date of birth of February 2018. Witness One further identified the man in the image as **KINKUS**.

14. After confirming the identity of MV1, your affiant began attempts to secure an arrest warrant out of Jefferson County, Ohio for **KINKUS**. While that process was underway, the investigation into **KINKUS** continued. During that, your affiant learned that on or about January 25, 2025, the National Center for Missing and Exploited Children (NCMEC) had received a tip from MediaLab, the parent company of Kik regarding the "theconvict151" account. The CyberTipline Report was #205349661 and indicated that on or about December 18, 2024, the user of the account had engaged in communications discussing the sexual abuse of children with another Kik user, herein after KIKUSER1 and requested images or videos of child pornography from KIKUSER1. Included in the report were copies of the messages sent between "theconvict151" and KIKUSER1, which have been reviewed by your affiant.

15. The following is an excerpt of the conversation between **KINKUS** and KIKUSER1:

    **KINKUS**: **You got anything o yours you would share with me**
    KIKUSER1: Like I said I don't trade original stuff till I at least trust what kind of stuff you have.
    **KINKUS**: **Just what I'm sending you nothing sexy really just regular pics or whatever she takes on snapchat with the filters lol. Ill try o go see her this weekend and get something good. Would you ever share your daughter with anyone. I literally just noticed the second pic you sent and damn she's sexy af [as fuck]**

16. On June 9, 2025, your affiant learned that on or about June 8, 2025, the National Center for Missing and Exploited Children (NCMEC) had received another tip from MediaLab, the

3

parent company of KIK, regarding the "theconvict151" account which was listed as CyberTipline Report 213452190. The NCMEC report indicated that between May 25, 2025 and May 31, 2025, the user of the account had engaged in communications discussing the sexual abuse of children and online enticement. Included in the report were copies of the messages sent between **KINKUS** and another Kik user, herein after identified as KIKUSER2, which have been reviewed by your affiant. Of note is that the time frame of this report included dates after **KINKUS** had been encountered by law enforcement for his child exploitation activities.

17.   For example, on or about May 25, 2025, **KINKUS** and KIKUSER2 started a conversation. KIKUSER2 identified himself as a 22 year old male with a 9 year old sister. The following is an excerpt of the conversation:

| | |
|---|---|
| **KINKUS:** | **Thats cool do you know of any younger girls that are down to play.** |
| KIKUSER2: | I do have my little sister. Shes 9. |
| **KINKUS:** | **Can I see her and would you ever let anyone play with her. Like on a video call.** |
| KIK USER: | Sorry but no. We cant even video call. |
| **KINKUS:** | **Really why not. I would give her money. Let me know man.** |
| KIKUSER2: | Well she never alone. And my parents are home. |
| **KINKUS:** | **Alright it doesn't have to be today when will it be just you 2 there. Can I see what she looks like and have you ever thought about playing with her.** |
| *** | |
| **KINKUS:** | **Mmm what all have you done with her. You should take a pic of her for me brotha I bet she loves when you play with her.** |

18.   On or about May 29, 2025, per the NCMEC Report, **KINKUS** sent KIKUSER2 a message which read, "See if you can talk her into doing a video call with me if I give her money everyone loves money." In addition, on or about May 31, 2025, **KINKUS** sent KIKUSER2 a message which read, "Ask your sister how much she wants to video call with me."

## CONCLUSION

19.   Based upon the above information, your affiant submits there is probable cause to believe CHAD MICHAEL KINKUS has committed violations of 18 United States Code §§ 2251, 2252, 2252A, 2422(b) – the sexual exploitation of a minor, making a notice for child pornography, and the distribution or possession of child pornography and the coercion and enticement of a minor or attempted violations of any of these statutes. Therefore, your affiant respectfully requests this court to issue a criminal complaint and arrest warrant.

Andrew McCabe
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to be this ___11th___ day of June, 2025.

Chelsey M. Vascura
United States Magistrate Judge
United States District Court
Southern District of Ohio